**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHNNY WOODCOCK, JR., DOUG EASTBURN, and TRACEY MANNING,**

        **Plaintiffs,**

-vs-                                             Case No. 6:08-cv-1593-Orl-22GJK

**ALL IN ONE POOLS, INC. a Florida corporation and STEVEN F. GEIGER individually,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Second Motion for Approval of Settlement (Doc. No. 40) filed on September 28, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 24, 2009 (Doc. No. 42) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Second Motion for Approval of Settlement (Doc. No. 40) is GRANTED to the extent the Court finds the parties' settlement is fair and reasonable.

3. The Order to Show Cause (Doc. No. 38) is hereby DISMISSED.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 10, 2009.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record